ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN 286862)
    E-Mail: michael@elkingamboa.com
Jessica Gamboa, Esq. (SBN 285773)
    E-Mail: jessica@elkingamboa.com
Benjamin McLain, Esq. (SBN 340091)
    E-Mail: ben@elkingamboa.com
4119 W. Burbank Blvd, Suite 110
Burbank, California, 91505
Telephone: 323.372.1202
Facsimile: 323.372.1216

Attorneys for Plaintiff
AARON FABELA

CDF LABOR LAW LLP
Dan M. Forman, State Bar No. 155811
    E-Mail: dforman@cdflaborlaw.com
Pamela E. Woodside, State Bar No. 226212
    E-Mail: pwoodside@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Defendant
Morgan Truck Body, LLC and Alex Sanchez

## UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FABELA, an individual, Plaintiffs, <br><br> vs. <br><br> MORGAN TRUCK BODY, LLC; ALEX SANCHEZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | **Case Nos. 5:26-cv-00073-CV (DTBx) and 5:26-cv-00207-CV (DTBx))** <br><br> Removed from Riverside Superior Court Case No. CVRI2506928 <br><br> **JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION** <br><br><br> Action Filed:   12/05/2025 <br> Trial Date:    None Set |

Plaintiff AARON FABELA ("Plaintiff"), and Defendants MORGAN

TRUCK BODY, LLC and ALEX SANCHEZ ("Defendants") (collectively, the

---

1
JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION

E|G
ELKIN GAMBOA LLP

"Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties have engaged in discussions regarding early resolution of these matters and have agreed to participate in private mediation in an effort to resolve all claims without further litigation;

WHEREAS, the Parties are presently coordinating schedules with the selected mediator and anticipate that mediation will occur in June or July 2026, with confirmation of the specific date forthcoming;

WHEREAS, the Parties believe that a temporary stay of all proceedings in both matters will facilitate meaningful settlement discussions and mediation, and will allow the Parties to avoid incurring unnecessary litigation costs, including expenses associated with written discovery, depositions, and motion practice, while the Parties pursue resolution;

WHEREAS, a limited stay will conserve judicial resources by avoiding the need for the Court to resolve potentially unnecessary disputes, including Defendant's currently pending Motion to Dismiss Plaintiff's Class Action and PAGA complaint on the grounds of res judicata, and will not prejudice any Party, as all Parties jointly request the stay and remain committed to proceeding expeditiously should mediation not result in resolution;

WHEREAS, good cause therefore exists to temporarily stay both actions to allow the Parties to complete mediation and, if successful, finalize settlement documentation and seek Court approval where required;

THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. These actions shall be stayed in their entirety until August 19, 2026, or such other date as the Court deems appropriate, for the purpose of allowing the Parties to complete mediation and, if a resolution is reached, to finalize settlement documentation.

2. On or before August 19, 2026, the Parties shall file either: (a)

JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION

E|G

ELKIN GAMBOA LLP

dispositional documents in accordance with the applicable rules; or (b) a joint status report advising the Court of the outcome of mediation and proposing a schedule for the remainder of both cases, if necessary.

DATED: April 10, 2026                              Respectfully Submitted,

ELKIN ⏐ GAMBOA LLP

/s/Michael Elkin

By: _____

Michael Elkin
Attorneys for Plaintiff AARON FABELA

DATED: April , 2026                              CDF LABOR LAW LLP

/s/Pamela Woodside

By: _____

Dan M. Forman
Pamela E. Woodside
Attorneys for Defendants MORGAN TRUCK
BODY, LLC and ALEX SANCHEZ

E | G

ELKIN GAMBOA LLP

3
JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION

## CERTIFICATE OF SERVICE

I, JUAN JOSE GARCIA, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 4119 W. Burbank Blvd, Suite 110, Burbank, CA 91505. My email address is juan@elkingamboa.com.

On April 10, 2026, I caused to be served the foregoing document described as **JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION** on the interested parties in this action as follows:

| | |
|---|---|
| Dan M. Forman, Esq.<br>Pamela E. Woodside, Esq.<br>CBF Labor Law, LLP<br>707 Wilshire Blvd., Ste. 5150<br>Los Angeles, CA, 90017 | Attorneys for Defendant MORGAN TRUCK BODY,LLC and ALEX SANCHEZ<br>Tel:     (213) 612-6300<br>Email:   dforman@cdflaborlaw.com,<br>         pwoodside@cdflaborlaw.com,<br>         aceja@cdflaborlaw.com,<br>         lbaghdasaryan@cdflaborlaw.com |

☒ BY ELECTRONIC SERVICE; I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ BY EMAIL TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address juan@elkingamboa.com to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2026, at Burbank, California.

_____

JUAN JOSE GARCIA

JOINT STIPULATION REQUESTING A STAY OF LITIGATION PENDING MEDIATION

E | G
ELKIN GAMBOA LLP